**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

BREITBURN MANAGEMENT
COMPANY, LLC and BREITBURN
FLORIDA LLC,

      Plaintiffs,

v.                                 Case No:  2:13-cv-456-FtM-38DNF

ROBERT J. ARMIJO,

      Defendant.
_____/

## ORDER

    This matter comes before the Court upon the Court's *Sua Sponte* Review of the Complaint (Doc. #1) filed on June 17, 2013. The Plaintiffs, Breitburn Management Company, LLC and Breitburn Florida, LLC, filed their Complaint in this Court pursuant to diversity jurisdiction 28 U.S.C. § 1332(a)(1).

    Diversity jurisdiction exists where the amount in controversy exceeds the sum or value of $75,000 and is between "citizens of a State and citizens or subjects of a foreign state . . . ." Moreno v. Breitburn Florida, LLC, 2011 WL 2293124 *1 (M.D. Fla. June 9, 2011) (citing 28 U.S.C. § 1332(a)(2)). This requires complete diversity of citizenship, and that the matter in controversy exceed the sum or value of $75,000, exclusive of interest and costs. 28 U.S.C. § 1332(a); Morrison v. Allstate Indem. Co., 228 F.3d 1255, 1261 (11th Cir.2000). "Since Strawbridge v. Curtiss, 7 U.S. 267, 3 Cranch 267, 2 L. Ed. 435 (1806), we have read the statutory formulation 'between ... citizens of different States' to require complete diversity between all plaintiffs and all defendants ." Lincoln Prop. Co. v. Roche, 546 U.S. 81, 89, 126 S. Ct. 606, 163 L.Ed.2d 415 (2005). In an

action filed directly in federal court, plaintiff bears the burden of adequately pleading, and ultimately proving, jurisdiction. King v. Cessna Aircraft Co., 505 F.3d 1160, 1171 (11th Cir. 2007). As this Court has previously held, a limited liability company [LLC] is a citizen of every state in which one of its members is located. Moreno, 2011 WL 2293124 at *1 (citing). Rolling Greens MHP, L.P. v. Comcast SCH Holdings, LLC., 374 F.3d 1020 (11thCir.2004)

In the instant Complaint, the Plaintiffs have established that the amount in controversy exceeds $75,000.00, but failed to establish the complete diversity of the Parties. Both of the Plaintiffs are Limited Liability Companies.  This requires that each member of the LLC be diverse from the Defendant in this case. The Plaintiffs have failed to state the citizenship of the members of the LLCs.  Therefore, the Plaintiffs have failed to establish the Court's subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a) diversity jurisdiction.  In order to maintain their case in this Court, the Plaintiffs must establish that each of the members of the LLCs are diverse from the Defendant. Moreno, 2011 WL 2293124 at *1.  Failure to comply with this Order may result in the case being dismissed without further notice for failure to allege the Court's subject matter jurisdiction.

Accordingly, it is now

**ORDERED:**

1. The Plaintiffs, Breitburn Management Company, LLC and Breitburn Florida, LLC, shall file with the Court, in writing, the citizenship of each of its members.

2. Should any of the LLCs members also be a Limited Liability Company then the citizenship of that LLC's members must also be disclosed.

3. The Plaintiffs have up to and including **June 28, 2013,** to file the citizenship of each of its members in writing with the Court.

4. Failure to establish the diversity of the Plaintiffs' membership may result in the case being dismissed without further notice for failure to sufficiently allege subject matter jurisdiction.

**DONE** and **ORDERED** in Fort Myers, Florida this 18th day of June, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record